[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 59.]

IN RE SEX OFFENDER REGISTRATION CASES.

[Cite as *In re Sex Offender Registration Cases*, 2000-Ohio-438.]

*Criminal procedure—Sex offender registration—Disposition of causes on authority of State v. Williams.*

(No. 99-579 *et seq.*—Submitted April 26, 2000—Decided May 15, 2000.)

_____

{¶ 1} The following dispositions of currently pending appeals are hereby entered based on our decision in *State v. Williams* (2000), 88 Ohio St.3d 513, 728 N.E.2d 342.

I

{¶ 2} The judgments of the courts of appeals in the following cases are reversed, and the causes are remanded to the trial courts:

99-579.  *State v. Reese*.  Portage App. No. 97-P-0048, 1999 WL 545753.

99-641.  *State v. Abrams*.  Lake App. No. 97-L-192, 1999 WL 262162.

99-642.  *State v. Christison*.  Lake App. No. 98-L-009, 1999 WL 262163.

99-643.  *State v. Alger*.  Lake App. No. 97-L-203, 1999 WL 266695.

99-644.  *State v. Darroch*.  Lake App. No. 97-L-174, 1999 WL 262172.

99-645.  *State v. Cowoski*.  Lake App. No. 97-L-170, 1999 WL 268595.

99-646.  *State v. Calhoun*.  Lake App. No. 97-L-221, 1999 WL 266706.

99-647.  *State v. Cwalina*.  Lake App. No. 97-L-222, 1999 WL 266805.

99-648.  *State v. Boswell*.  Lake App. No. 98-L-008, 1999 WL 266895.

99-649.  *State v. Burgan*.  Lake App. No. 97-L-242, 1999 WL 267009.

99-655.  *State v. Greene*.  Lake App. No. 97-L-220, 1999 WL 266894.

99-656.  *State v. Gau*.  Lake App. No. 97-L-175, 1999 WL 268632.

99-657.  *State v. Ferguson*.  Lake App. No. 97-L-241, 1999 WL 266948.

99-658.  *State v. King*.  Lake App. No. 97-L-173, 1999 WL 266574.

99-659. *State v. DeCapite*. Lake App. No. 98-L-133, 1999 WL 262169.

99-660. *State v. Hammesfahr*. Lake App. No. 97-L-193, 1999 WL 266621.

99-661. *State v. King*. Lake App. No. 97-L-194, 1999 WL 266471.

99-662. *State v. Drake*. Lake App. No. 97-L-176, 1999 WL 268790.

99-664. *State v. Dietz*. Lake App. No. 97-L-204, 1999 WL 262160.

99-672. *State v. Noble*. Lake App. No. 97-L-240, 1999 WL 266898.

99-673. *State v. New*. Lake App. No. 97-L-178, 1999 WL 268564.

99-674. *State v. Laing*. Lake App. No. 97-L-172, 1999 WL 268594.

99-675. *State v. Malek*. Lake App. No. 98-L-010, 1999 WL 267005.

99-676. *State v. Pope*. Lake App. No. 97-L-182, 1999 WL 268562.

99-677. *State v. Pasko*. Lake App. No. 98-L-011, 1999 WL 266897.

99-678. *State v. McClintick*. Lake App. No. 97-L-171, 1999 WL 262399.

99-679. *State v. Neal*. Lake App. No. 97-L-179, 1999 WL 268896.

99-680. *State v. Lawrinson*. Lake App. No. 97-L-205, 1999 WL 262412.

99-689. *State v. Rivera*. Lake App. No. 97-L-181, 1999 WL 267429.

99-691. *State v. Spaller*. Lake App. No. 97-L-183, 1999 WL 267427.

99-693. *State v. Ventresca*. Lake App. No. 97-L-243, 1999 WL 267010.

99-702. *State v. Taylor*. Lake App. No. 97-L-185, 1999 WL 268563.

99-703. *State v. Vernon*. Lake App. No. 97-L-184, 1999 WL 267553.

99-705. *State v. Semanak*. Lake App. No. 97-L-180, 1999 WL 267526.

99-706. *State v. Waites*. Lake App. No. 97-L-244, 1999 WL 267006.

99-708. *State v. Will*. Lake App. No. 97-L-186, 1999 WL 266616.

99-709. *State v. Witlicki*. Lake App. No. 97-L-189, 1999 WL 266588.

99-711. *State v. Wolfe*. Lake App. No. 97-L-188, 1999 WL 266590.

99-712. *State v. Woodruff*. Lake App. No. 97-L-190, 1999 WL 266473.

99-730. *State v. Hill*. Lake App. No. 97-L-187, 1999 WL 266619.

99-732. *State v. Ferguson*. Ashtabula App. No. 98-A-0021, 1999 WL 267426.

99-736. *State v. Hollis*. Ashtabula App. No. 98-A-0020, 1999 WL 266700.

99-737. *State v. Prisco*. Ashtabula App. No. 98-A-0015, 1999 WL 267483.

99-738. *State v. Lynch*. Ashtabula App. No. 98-A-0013, 1999 WL 266685.

99-739. *State v. Moore*. Ashtabula App. No. 98-A-0030, 1999 WL 266701.

99-740. *State v. Miller*. Ashtabula App. No. 98-A-0024, 1999 WL 267434.

99-741. *State v. Whitsell*. Ashtabula App. No. 98-A-0025, 1999 WL 268561.

99-742. *State v. Sanders*. Ashtabula App. No. 98-A-0022, 1999 WL 266751.

99-743. *State v. Mitcham*. Ashtabula App. No. 98-A-0017, 1999 WL 266686.

99-744. *State v. Loudenback*. Ashtabula App. No. 98-A-0023, 1999 WL 267552.

99-745. *State v. McNutt*. Ashtabula App. No. 98-A-0014, 1999 WL 262150.

99-746. *State v. Vigilante*. Ashtabula App. No. 98-A-0029, 1999 WL 266702.

99-747. *State v. Morris*. Ashtabula App. No. 98-A-0018, 1999 WL 262148.

99-748. *State v. Lemmon*. Ashtabula App. No. 98-A-0028, 1999 WL 266684.

99-749. *State v. Luther*. Ashtabula App. No. 98-A-0016, 1999 WL 266682.

99-750. *State v. Keig*. Ashtabula App. No. 98-A-0019, 1999 WL 267637.

99-755. *State v. Pingley*. Portage App. No. 97-P-0055, 1999 WL 262308.

99-756. *State v. Wells*. Portage App. No. 97-P-0056, 1999 WL 262414.

99-757. *State v. Brant*. Portage App. No. 97-P-0052, 1999 WL 270085.

99-758. *State v. Long*. Portage App. No. 97-P-0057, 1999 WL 262304.

99-759. *State v. Patterson*. Portage App. No. 97-P-0051, 1999 WL 270077.

99-760. *State v. Black*. Portage App. No. 97-P-0053, 1999 WL 270080.

99-761. *State v. Hardy*. Portage App. No. 97-P-0062, 1999 WL 262422.

99-762. *State v. Johnson*. Portage App. No. 97-P-0047, 1999 WL 262423.

99-763. *State v. Douglas*. Portage App. No. 97-P-0049, 1999 WL 262421.

II

**{¶ 3}** The judgments of the courts of appeals in the following cases are reversed:

99-690. *State v. Bayless*. Lake App. No. 97-L-257, 1999 WL 262181.

99-692. *State v. Armington*. Lake App. No. 98-L-193, 1999 WL 1483446.

99-694. *State v. Setina*. Lake App. No. 97-L-239, 1999 WL 266750.

99-695. *State v. Hartman*. Lake App. No. 98-L-020, 1999 WL 262166.

99-696. *State v. Lett*. Lake App. No. 97-L-210, 1999 WL 266753.

99-698. *State v. Swansinger*. Lake App. No. 97-L-120, 1999 WL 262306.

99-699. *State v. Pearson*. Lake App. No. 98-L-179, 1999 WL 1483445.

99-700. *State v. Otero*. Lake App. No. 97-L-310, 1999 WL 262413.

99-701. *State v. Crawford*. Lake App. No. 97-L-245, 1999 WL 262299.

99-704. *State v. Gaster*. Lake App. No. 97-L-281, 1999 WL 262157.

99-707. *State v. Butcher*. Lake App. No. 97-L-030, 1999 WL 262305.

99-710. *State v. Bayless*. Lake App. No. 97-L-256, 1999 WL 267425.

99-716. *State v. McDonald*. Lake App. No. 97-L-305, 1999 WL 266681.

III

**{¶ 4}** The judgments of the courts of appeals in the following cases are affirmed:

99-1099. *State v. Fink*. Stark App. No. 1998CA00348, 1999 WL 333362.

99-1402 and 99-1604. *State v. Sarli*. Cuyahoga App. No. 74292, 1999 WL 401647.

99-1766. *State v. Dickens*. Clermont App. No. CA98-09-075, 1999 WL 562125.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____